%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

William J. Garnett

**SUMMONS IN A CIVIL ACTION**

V.

TRANSUNION, LLC.
and ALLTEL
COMMUNICATIONS,

CASE NUMBER: 2:05-CV-0521-DRB

TO: (Name and address of Defendant)

Transunion, LLC.
c/o Prentice-Hall Corporation System, Inc.
150 S. Perry St,
Montgomery, AL. 36104

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maceo Kirkland
529 S. Perry St. Ste 14-A
Montgomery, AL. 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

**CLERK**

(By) DEPUTY CLERK

DATE June 6, 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

William J. Garnett

V.

TRANS UNION, LLC,
and ALLTEL
COMMUNICATIONS,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05-cv-0521-DRB

TO: (Name and address of Defendant)

Alltel Communications
c/o The Corporation Company
2000 Interstate Park Dr. 204
Montgomery, AL, 36109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maceo Kirkland
529 S. Perry St. Ste 14-A
Montgomery, AL, 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE    June 6, 2005

2:05-CV-0521-DRB

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

6-6-05
2:05CV521

Sent To: Trans Union
Street, Apt. No.; or PO Box No.: 150 S. Perry St.
City, State, ZIP+4: Montgomery, AL 36104

PS Form 3800, June 2002    See Reverse for Instructions

7004 1160 0003 5805 7933

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

6-6-05
2:05CV521

Sent To: Alltel Communications
Street, Apt. No.; or PO Box No.: 2000 Interstate Park Dr.
City, State, ZIP+4: Montgomery, AL 36109

PS Form 3800, June 2002    See Reverse for Instructions

7004 1160 0003 5805 8930