**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                          TELEPHONE (334) 954-3600

June 8, 2005

# NOTICE OF REASSIGNMENT

Re:    William J. Garnett v. TransUnion, LLC, et al.
       Civil Action No. #2:05-cv-00521-DRB

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #2:05-cv-00521-MEF-DRB. This new case number should be used on all future correspondence and pleadings in this action.