Garnett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ~~At&t~~ Alltel Communications
   c/o The Corp. Company
   2000 Interstate Park Dr.
   Ste 204
   Montgomery, AL. 36109
   2:05cv521 (cmp + Sunmns 20 days)

2. Article Number
   (Transfer from service label)    7004 1160 0003 5805 8930

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _J. Slauson_    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   S Slauson                      06-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes