Garnett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion, LLC
c/o Prentice-Hall Corp. System
150 S. Perry St.
Montgomery, AL 36104

2:05CV521 (Cmp + summons 20)

2. Article Number (Transfer from service label): 7004 1160 0003 5805 7933

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name): Dorthfa Brown
C. Date of Delivery: 6/7/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: DOWNTOWN MONTGOMERY AL 36104, JUN 1]

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540