IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **WILLIAM J. GARNETT**         ) | |
| )| |
| Plaintiff,         ) | |
| ) | |
| vs.         ) | CASE NO.: 2:05-CV-0521-DRB |
| ) | |
| **TRANS UNION LLC and ALLTEL**         ) | |
| **COMMUNICATIONS**         ) | |
| ) | |
| Defendant.         ) | |

**TRANS UNION LLC'S DISCLOSURE
STATEMENT OF CORPORATE INTERESTS**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule CV-10(d), Defendant Trans Union LLC hereby discloses the following information:

Parent Companies: Trans Union LLC is wholly owned by Trans Union Corporation, a Delaware Corporation.

No part of Trans Union LLC is publicly held.

Respectfully submitted,

/s/ Kary B. Wolfe
**Kary Bryant Wolfe** (WOL016)
WALSTON, WELLS, ANDERSON & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL  35203
205/244-5200
205/244-5400 (Fax)

**ATTORNEY FOR TRANS UNION LLC**

## **CERTIFICATE OF SERVICE**

This is to certify that on the 26th of June, 2005, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Maceo Orlando Kirkland
    mackirkla@cs.com

    David Earl Allred
    dallred@allredpclaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    **Alltel Communications**
    The Corporation Company
    2000 Interstate Park Drive
    Suite 204
    Montgomery, AL 36109

                                                     /s/ Kary B. Wolfe
                                                     OF COUNSEL