IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| WILLIAM J. GARNETT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:05-cv-0521-DRB |
| | ) | |
| TRANSUNION, LLC, and | ) | |
| ALLTEL COMMUNICATIONS, | ) | |
| | ) | |
| *Defendants.* | ) | |

## STATEMENT OF CORPORATE INTEREST

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure* and the local rules of this Court, Defendant **ALLTEL COMMUNICATIONS, INC.** discloses the following information:

1.    Alltel Communications, Inc., a Delaware corporation, is a wholly owned subsidiary of Alltel Corporation. Alltel Corporation, a Delaware corporation, is publically held. Alltel Communications, Inc. is not publically held.

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
ALLTEL COMMUNICATIONS, INC.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977
E-mail:    dallred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of July, 2005 electronically filed the foregoing *Statement of Corporate Interest* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Maceo Kirkland, Esq.        mackirkla@cs.com

Kary B. Wolfe, Esq.         kwolfe@walstonwells.com

A copy has also been served upon the following counsel by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 8th day of July, 2005:

Amanda Lewis, Esq.
STRASBURGER & PRICE, LLP
901 Main Street
Suite 4400
Dallas, Texas 75202

_____
OF COUNSEL