IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM J. GARNETT, )
)
*Plaintiff*, )
)
vs. ) CASE NO. 2:05-cv-0521-DRB
)
TRANSUNION, LLC, and )
ALLTEL COMMUNICATIONS, )
)
*Defendants*. )

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on July 8, 2005 by telephone conference call and was attended by:

MACEO KIRKLAND for Plaintiff WILLIAM J. GARNETT

AMANDA LEWIS for Defendant TRANSUNION, LLC

DAVID E. ALLRED for Defendant ALLTEL COMMUNICATIONS, INC.

2. Pre–Discovery Disclosures. The parties will exchange by July 29, 2005, the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan.

(a) Discovery will be needed on the following subjects:

(1) The procedures, policies, and training of the defendants with regard to compliance with the Fair Credit Reporting Act, prevention of identity theft, and reinvestigation of disputes.

(2) The activities of the plaintiff with regard to establishment of any account with Defendant Alltel, any dealings with the

defendants or any representative thereof, the particulars of any allegations of damages allegedly sustained by the plaintiff; the plaintiff's financial, employment, and credit history.

(b) All discovery will be commenced in time to be completed by June 1, 2006.

(c) Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

(d) Maximum of 15 requests for admissions by each party to any other party. Responses due 30 days after service.

(e) Maximum of 5 depositions by plaintiff and 5 depositions by each defendant. Each deposition limited to a maximum of 7 hours unless extended by agreement of parties.

(f) Reports from retained experts under Rule26(a)(2) due:

(1) From plaintiff on or before March 1, 2006;

(2) From defendants on or before April 1, 2006;

(3) Any reply reports due by any party on or before May 1, 2006.

(g) Supplementations under Rule 26(e) due February 1, 2006, and monthly thereafter.

4. The parties do not request a conference with the Court before entry of the scheduling order.

5. The parties request a pretrial conference in July, 2006.

6. The plaintiff should be allowed until December 1, 2005 to join additional parties or amend the pleadings.

7. The defendants should be allowed until January 5, 2006 to join additional parties or amend the pleadings.

8. All potentially dispositive motions should be filed by 90 days before the date set for pretrial conference.

9. Settlement cannot be evaluated prior to the conduct of initial discovery.

10. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

(a) From plaintiff by March 1, 2006;

(b) From defendants by April 1, 2006.

11. Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

12. The case should be ready for trial by August, 2006, and at this time is expected to take approximately 3 to 4 days.

Respectfully submitted this 13th day of July, 2005.

Maceo Kirkland

MACEO KIRKLAND
Attorney for Plaintiff
WILLIAM J. GARNETT

529 S. Perry Street, Suite 14-A
Montgomery, Alabama 36104
Telephone: (334) 261-6200
Facsimile: (334) 261-6201
E-mail: mackirkla@cs.com

KARY BRYANT WOLFE
Attorney for Defendant
TRANSUNION, LLC

OF COUNSEL:

WALSTON, WELLS, ANDERSON & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: 205/244-5281
Facsimile: 205/244-5481
E-mail: kwolfe@walstonwells.com

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Defendant
ALLTEL COMMUNICATIONS, INC.

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977
E-mail: dallred@allredpclaw.com