IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM J. GARNETT ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO.: 2:05-CV-0521-MEF-DRB |
| ) | |
| ) | Jury Trial |
| TRANS UNION LLC AND ) | |
| ALLTEL COMMUNICATIONS ) | |
| DEFENDANTS. ) | |

### ORDER

Considering the foregoing Request:

IT IS ORDERED that the Request for Admission *Pro Hac Vice* submitted on behalf of Defendant Trans Union LLC, ("Trans Union") be hereby GRANTED and that Amanda S. Lewis be admitted as counsel *pro hac vice* for Trans Union.

This the _____ day of _____, 2005

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE

CC: Counsel of record