IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM J. GARNETT,             ) | |
|                                 ) | |
|    Plaintiff,    ) | |
| v.                              ) | CASE NO. 2:05-cv-521-F |
|                                 ) | |
| TRANSUNION, LLC, *et al.,*      ) | |
|                                 ) | |
|    Defendants.   ) | |

## **O R D E R**

Upon consideration of the Request for Admission of Amanda S. Lewis Pro Hac Vice (Doc. #13) filed on July 28, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 1st day of August, 2005.

                                                  /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE