**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 2, 2005

# NOTICE OF CORRECTION

**To:**            **All Counsel of Record**

**From:**          **Clerk's Office**

**Case Style:**    **William J. Garnett v. TransUnion, LLC, et al.**

**Case Number:**   **#2:05-cv-00521-MEF-DRB**

**Referenced Document:**   **Document #13**
                           **Request for Admission Pro Hac Vice**

**This Notice has been docketed to enter the corrected signature page into the record and to correct the deficiency. The original pdf was signed with permission. The corrected pdf is attached to this notice.**