IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 28 A 9: 42

| | |
|---|---|
| WILLIAM J. GARNETT ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO.: 2:05-CV-0521-MEF-DRB |
| ) | |
| TRANS UNION LLC AND ) | Jury Trial |
| ALLTEL COMMUNICATIONS ) | |
| ) | |
| DEFENDANTS. ) | |

### REQUEST FOR ADMISSION PRO HAC VICE

Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its counsel, Kary B. Wolfe, hereby moves this Court for the admission by comity of Amanda S. Lewis, to serve as counsel for Trans Union *Pro Hac Vice*.

1.     Amanda S. Lewis is an attorney practicing with the firm of Strasburger & Price, LLP, 901 Main Street, Suite 4400, Dallas, TX 75202-3794. She is a member in good standing of the State Bar of Texas. She is admitted to practice before the Supreme Court of Texas (State Bar No. 24013553) - admitted November 3, 1999; U.S. District Court for the Northern District of Texas - admitted December 13, 1999; U.S. District Court for the Southern District of Texas - admitted June 28, 2000; U.S. District Court for the Eastern District of Texas - admitted January 31, 2000; U.S. District Court for the Western District of Texas - admitted June 28, 2001; U.S. District Court for the Western and Eastern Districts of Arkansas – admitted April, 6, 2000; U.S. Court of Appeals for the Ninth Circuit – admitted November 16, 2004; U.S. Court of Appeals for the Fifth Circuit – admitted February 3, 2003; and the District of Colorado – admitted March 23, 2000.



871822.1/SP2/83057/0379/072105                                                                                                 Page 1

2. Ms. Lewis is familiar with the Local Rules for the Middle District of Alabama and the Alabama Rules of Professional Conduct.

3. Enclosed herewith, as required by Local Rule 83.1 (b) is a check for $20.00 to the Clerk of the Court for the processing of this Request for Admission Pro Hac Vice, as well as an original Certificate of Good Standing for Ms. Lewis from the United States District Court Northern District of Texas, attached hereto as Exhibit "A".

4. A form of an Order granting this Request is respectfully attached as Exhibit "B".

WHEREFORE, Trans Union prays that this Request be granted and this Court issue and Order admitting Ms. Amanda S. Lewis as counsel pro hac vice for Trans Union.

Respectfully submitted,

*Kary Bryant Wolfe*
**KARY BRYANT WOLFE**
WOL016
WALSTON WELLS ANDERSON & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

**ATTORNEYS FOR TRANS UNION LLC**

RECEIVED 2005 AUG -1 A 9: 18 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

871822.1/SP2/83057/0379/072905

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded on this the 21st day July, 2005, to all known counsel of record as follows:

Maceo Orlando Kirkland  *(via U.S. Mail)*
Attorney at Law
529 S. Perry Street, Suite 14-A
Montgomery, AL  36104
*Counsel for Plaintiff*

David Craig Allred  *(via U.S. Mail)*
David Earl Allred
David E Allred, PC
PO Box 241594
Montgomery, AL  36124-1594
*Counsel for Alltel Communications*

_____
**KARY BRYANT WOLFE**

871822.1/SP2/83057/0379/072905