IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM J. GARNETT | § | |
| PLAINTIFF, | § § | |
| V. | § § | CASE NO.: 2:05-CV-0521-MEF-DRB |
| TRANS UNION LLC AND | § § | Jury Trial |
| ALLTEL COMMUNICATIONS | § § | |
| DEFENDANTS. | § § | |

## MOTION FOR PROTECTIVE ORDER

On behalf of the Parties in this case, Trans Union LLC ("Trans Union") hereby moves for the entry of an Agreed Protective Order in this case. The Agreed Protective Order which has been signed by all counsel of record is attached. The Parties have confidential and trade secret information that needs to be exchanged during discovery. The Parties hereby request that the Court therefore enter the Agreed Protective Order.

Respectfully submitted,

*/s/* Kary B. Wolfe
**KARY BRYANT WOLFE (WOL016)**
**WALSTON WELLS & BIRCHALL, LLP**
P.O. Box 830642
Birmingham, AL 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

And

        **AMANDA STAMPS LEWIS**
Texas Bar #24013553
amanda.lewis@strasburger.com
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, TX  75202
(214) 651-4300
(214) 659-4104 (Fax)

**ATTORNEYS FOR TRANS UNION LLC**

### CERTIFICATE OF SERVICE

This is to certify that on the 30th day of November, 2005, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Maceo Orlando Kirkland<br>Attorney at Law<br>529 S. Perry Street, Suite 14-A<br>Montgomery, AL  36104<br>mackirkla@cs.com<br>*Counsel for Plaintiff* | David Craig Allred<br>David Earl Allred<br>David E Allred, PC<br>PO Box 241594<br>Montgomery, AL  36124-1594<br>dallred@allredpclaw.com<br>*Counsel for Alltel Communications* |

        /s/ Kary B. Wolfe
        OF COUNSEL