IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM J. GARNETT<br>　　　　PLAINTIFF,<br><br>V.<br><br>TRANS UNION LLC AND<br>ALLTEL COMMUNICATIONS<br>　　　　DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.: 2:05-CV-0521-MEF-DRB<br><br>Jury Trial |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE FULLER:

Plaintiff William J. Garnett and Defendants Trans Union LLC and Alltel Communications file this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

William J. Garnett and Trans Union LLC and Alltel Communications have resolved all matters in controversy between them. There are no longer any issues in this matter between William J. Garnett and Trans Union LLC and Alltel Communications to be determined by this Court. The Parties hereby stipulate that all claims or causes of action against Trans Union LLC and Alltel Communications which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same. The Parties further stipulate that all claims or causes of action against Plaintiff which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

*[signature: Maceo Orlando Kirkland]*

**MACEO ORLANDO KIRKLAND**
Attorney at Law
423 S. Hull St., Ste. 2B
Montgomery, AL 36104
(334) 261-6200
(334) 261-6201 (Fax)

**ATTORNEY FOR PLAINTIFF**

*[signature: Amanda Stamps Lewis]*

**AMANDA STAMPS LEWIS**
Texas Bar #24013553
amanda.lewis@strasburger.com
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, TX 75202
(214) 651-4300
(214) 659-4104 (Fax)

**KARY BRYANT WOLFE**
WOL016
**WALSTON WELLS ANDERSON & BIRCHALL, LLP**
P.O. Box 830642
Birmingham, AL 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

**ATTORNEYS FOR DEFENDANT TRANS UNION LLC**

*[signature: David Earl Allred]*

**DAVID EARL ALLRED**
David E Allred, PC
P.O. Box 241594
Montgomery, AL 36124-1594
(334) 396-9200
(334) 396-9977 (Fax)

**ATTORNEY FOR ALLTEL COMMUNICATIONS**